UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AMERIHOME MORTGAGE COMPANY, LLC, § § § Plaintiff, § § VS. § CHAUNTE SATCHER, *et al.*, § § Defendants. § | CIVIL ACTION NO. 4:25-CV-03901 |

## ORDER

Before the Court is United States Magistrate Judge Richard Bennett's Memorandum and Recommendation filed on December 2, 2025. Doc. #10. The deadline for filing objections has passed, and no objections have been filed. Pursuant to Federal Rule of Civil Procedure 72(b), the Court has reviewed the Memorandum and Recommendation for clear error. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Finding no clear error, the Court adopts the Memorandum and Recommendation in its entirety.

Accordingly, the Court ORDERS the following:

This matter is before the Court upon consent of AmeriHome Mortgage Company, LLC, ("Plaintiff") and the United States of America (the "United States") on behalf of its Secretary of Housing and Urban Development ("the Secretary").

Plaintiff filed its Petition for Foreclosure ("the Complaint") on August 18, 2025 (Doc. #1), seeking judicial foreclosure of the real property located at 5302 Moonshadows Dr., Atascocita, Texas, 77346 (the "Subject Property").

Plaintiff joined the Secretary as a Defendant based on a Partial Claim Deed of Trust filed and recorded as Document/Instrument Number RP-2024- 125442, in the real property records of Harris County, Texas (the "Federal Security Deed"). A copy of the Federal Security Deed is attached to the Complaint as Plaintiff's Exhibit No. 5. Doc. #1-1 at 27-34.

Plaintiff and the United States agree that the United States is the proper Defendant pursuant to 28 U.S.C. § 2410. To expedite the proceedings, Plaintiff and the United States consent to the substitution of the United States as a Defendant in place of the Secretary.

The United States does not oppose the Court entering judgment in favor of Plaintiff and ordering the Subject Property sold at a public sale. Plaintiff and the United States agree that this Consent Order does not affect the United States' ability to pursue collection on the Federal Security Deed as provided by law and it shall remain enforceable against any excess funds arising from any foreclosure sale of the Subject Property pursuant to the Complaint after Plaintiff has been paid all amounts due and owing to it on the underlying loan(s) to Chaunte Satcher and James Satcher.

1. It is THEREFORE ORDERED that the United States of America is SUBSTITUTED for the Secretary as a Defendant in the above-styled action.

2. It is ORDERED that the Secretary is DISMISSED as a party and Defendant in the above-styled action.

3. It is ORDERED that the relief sought by Plaintiff in the Complaint as against the United States is hereby GRANTED, but only to the extent set forth herein. Plaintiff shall not receive any award or judgment for attorneys' fees or other monetary damages against the United States.

4. It is ORDERED that the United States is RELIEVED and EXCUSED from making any further court appearances in this case.

It is so ORDERED.

_____FEB 2 6 2026_____    _____
Date                                          The Honorable Alfred H. Bennett
                                                   United States District Judge